**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROMMEL AMANSEC, *on behalf of himself and those similarly situated*, | Civil Action No.15-cv-08798-SDW-SCM |
| Plaintiff, | |
| v. | **ORDER** |
| MIDLAND CREDIT MANAGEMENT, INC., | February 10, 2017 |
| Defendant. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on January 20, 2017, by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Defendant Midland Credit Management, Inc.'s Motion to Dismiss and Compel Arbitration, (Dkt. No. 13), be denied. No objection to the R&R has been filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion, (Dkt. No. 30), is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Steven C. Mannion, U.S.M.J.
        Parties