NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROMMEL AMANSEC, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Civil Action No. 15-08798 (SDW) (SCM)<br><br>**ORDER**<br><br>August 15, 2019 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Steven C. Mannion's ("Judge Mannion") Report and Recommendation ("R&R"), dated July 18, 2019, which recommends that Defendant's Motion to Compel Individualized Arbitration and Dismiss the Action be denied and Plaintiff's Motion for Leave to File a Sur-Reply be denied as moot. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (ECF No. 110) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                  s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:  Parties
    Magistrate Judge Mannion